# In the United States Court of Federal Claims

No. 06-680C
(Filed: January 18, 2007)

| | |
|---|---|
| KERRY R. HAMILTON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The parties filed the Joint Preliminary Status Report on January 17, 2007. **A status conference will be held on Monday, February 12, 2007, at 11:00 a.m., Eastern Standard Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge