# In the United States Court of Federal Claims

No. 06-680C
(Filed: February 12, 2007)

***********************************
KERRY R. HAMILTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The Court held a status conference on February 12, 2007, to discuss with the parties their joint preliminary status report. This case is one of many cases before the United States Court of Federal Claims with similarly situated plaintiffs. During the status conference, the parties represented that they are in the initial stages of settlement negotiations with respect to all issues except one.[1] As to the remaining issue of whether plaintiff is entitled to compensatory damages for driving a government-owned vehicle from home to work and work to home, the parties represent that the United States Court of Appeals for the Federal Circuit ("Federal Circuit") has ruled on this issue in Stephen S. Adams, et al. v. United States, Nos. 06-5040, 06-5041. Plaintiffs in Adams have filed a petition for rehearing before the Federal Circuit.

**Accordingly, the court STAYS proceedings in this case pending settlement negotiations and the appeal in Adams. The parties shall file a joint status report every six**

---

[1] The issues the parties hope to resolve are:
(1) Whether plaintiff, while employed in a non-supervisory position at the Drug Enforcement Administration was employed in a capacity that is exempt from the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., pursuant to the administrative exemption set forth under FLSA?
(2) If plaintiff prevails on the issue of liability, what are the appropriate statutes of limitations applicable to plaintiff's claims?
(3) If plaintiff prevails on the issue of liability, whether plaintiff is entitled to an award of liquidated damages?
(4) If plaintiff prevails on the issue of liability, whether plaintiff is entitled to interest on the recovery?

**weeks, apprising the court of the status of settlement negotiations and the appeal in Adams. The parties shall file their first joint status report no later than Monday, March 26, 2007.** During the stay, should the parties resolve the claims or should the Federal Circuit rule in Adams, the parties shall file a joint status report within 14 days. Should the parties need the assistance of the court, the parties shall contact the judicial assistant to Judge Sweeney, Beryl Sanders, at (202) 357-6644, to request a status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge