IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KERRY R. HAMILTON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-680C
(Judge Margaret M. Sweeney)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 12, 2007, the parties respectfully submit the following joint status report concerning the status of settlement negotiations in this case and the driving issue in Stephen S. Adams, et al. v. United States, Nos. 06-5040, 06-5041 in the United States Court of Appeals for the Federal Circuit.

On February 15, 2007, plaintiffs submitted a proposed settlement agreement to defendant's counsel covering the claims of the diversion investigators at the Drug Enforcement Administration (DEA). Government counsel forwarded the proposal to agency counsel at DEA to obtain the agency's advice concerning whether to accept plaintiffs' proposal, and recently received the requested advice. Within the next few days, Government counsel expects to submit the proposed settlement agreement to the authorized representative of the Attorney General, together with the necessary memorandum concerning the proposal, for review and approval.

On March 14, 2007, the United States Court of Appeals for the Federal Circuit denied Appellants Combined Petition for Panel Rehearing and Rehearing *En Banc*. Appellants intend to file a petition for writ of certiorari.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiff

Dated: March 26, 2007

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: March 26, 2007

**Filed Electronically with the consent of the Attorneys for Plaintiff**

**<u>CERTIFICATE OF FILING</u>**

I hereby certify under penalty of perjury that on this 26th day of March 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**