# In the United States Court of Federal Claims

No. 06-680C
(Filed: May 15, 2007)

************************************
KERRY R. HAMILTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

The parties filed a Joint Status Report on May 7, 2007. The parties represent that the Department of Justice is reviewing the proposed settlement agreement as to all issues of the plaintiff's case except one. The remaining issue of whether plaintiff is entitled to compensatory damages for driving a government-owned vehicle from home to work and work to home, will be determined by the final outcome in Stephen S. Adams, et al. v. United States, Nos. 06-5040, 06-5041. Recently, the United States Court of Appeals for the Federal Circuit denied a petition for rehearing en banc filed by the plaintiffs in Adams. However, the parties in the case sub judice advise that the plaintiffs in Adams intend to file a petition for writ of certiorari, which is currently due on June 19, 2007.

Accordingly, the stay in this case will continue pending the completion of settlement negotiations and the appeal in Adams. **The parties shall file a joint status report every 90 days, apprising the court of the status of settlement negotiations and the appeal in Adams. The parties shall file their next joint status report no later than Monday, August 13, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge