# In the United States Court of Federal Claims

No. 06-680 C
(Filed: April 30, 2008)

| | |
|---|---|
| *********************************** | |
| KERRY R. HAMILTON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On April 25, 2008, the parties filed a joint status report. The parties represent that defendant will produce the documents requested by plaintiff in her first request for production on May 15, 2008. Plaintiff anticipates conducting one or more depositions subsequent to her receipt of documents and prior to her filing of a dispositive motion. Defendant believes that any additional discovery that plaintiff did not request and that the court did not grant in its April 14, 2008 order is inappropriate, and it therefore indicates its intention to oppose any request for additional discovery sought by plaintiff.

The joint status report also reflects the parties' respective intentions to file dispositive motions. **Accordingly, the court adopts the parties' proposed briefing schedule. Defendant's dispositive motion shall be filed no later than Friday, May 30, 2008. Plaintiff's dispositive motion shall be filed no later than Tuesday, July 1, 2008. The time period for responses and replies to the parties' motions, and any cross-motions, shall be determined in accordance with the rules of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge