# In the United States Court of Federal Claims

No. 06-680 C
(Filed: June 24, 2008)

***********************************
KERRY R. HAMILTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 23, 2008, plaintiff filed an Unopposed Motion for Enlargement of Time ("motion"). In its motion, plaintiff requests an enlargement of thirty (30) days, to and including July 31, 2008, within which to file a dispositive motion, which is currently due July 1, 2008. Plaintiff represents that this is her first request for an enlargement of time for this purpose and that her request is unopposed.

Plaintiff states that the reason for her request is that counsel are attempting to set a mutually convenient date in July for plaintiff's counsel to conduct an RCFC 30(b)(6) deposition. According to plaintiff, the parties have not yet agreed upon a date for the deposition. Plaintiff's request for an enlargement is not unreasonable. **Accordingly, plaintiff's motion is GRANTED. Plaintiff shall file a dispositive motion by no later than July 31, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge